UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:  CHAPTER 13 PROCEEDING:
DAVID MELENDEZ  08-20196-C-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Monday, Apr 21, 2008.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Checks to the party below have not cleared within 90 days.

   SWARTZ & BROUGH INC
   500 W TEXAS AVE STE 1410
   MIDLAND, TX  79701

5. As a result, funds owed to the creditor in the amount of $2,709.00 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Fri, August 28, 2009

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78478
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                            CHAPTER 13 PROCEEDING:
DAVID MELENDEZ                             08-20196-C-13
DEBTOR

### CERTIFICATE OF SERVICE

   I, Cindy Boudloche, do hereby certify that on Aug 28, 2009, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*/s/ Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee


DAVID MELENDEZ                                    MALAISE LAW FIRM PC
3610 RYAN STREET                                  606 N CARANCAHUA SUITE 1100
CORPUS CHRISTI, TX  78405               CORPUS CHRISTI, TX  78476

SWARTZ & BROUGH INC
500 W TEXAS AVE STE 1410
MIDLAND, TX  79701